# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Strike 3 Holdings, LLC

                                              Plaintiff,

v.                                                             Case No.: 1:24−cv−07932

                                                             Honorable Sara L. Ellis

John Doe subscriber assigned IP address: 73.209.198.20

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the status date set for 1/9/2025 and resets it to 1/15/2025 at 9:30 AM. Plaintiff should file the initial status report by 1/10/2025. If the parties file a stipulation of dismissal prior to the next status date, no appearance is required. Mailed notice (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.